### 22177. HUTCHINSON v. PERLIS et al.

CANDLER, Justice. This litigation involves the same parties and the same question which was decided favorably to the contention of the plaintiff in error in *I. Perlis & Sons v. National Surety Corp.,* 218 Ga. 667 (129 SE2d 915); and since the amendments to the pleadings which have been subsequently allowed set out no facts which would now require a ruling different from the one there made, our previous ruling fixed the law of the case and is controlling. Hence the judgment here complained of—a judgment refusing to make the nonresident respondents parties to the case—is not erroneous.

*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 10, 1963—DECIDED OCTOBER 10, 1963.

*James I. Wood*, for plaintiff in error.

*Robert D. Horne, Harris, Russell & Watkins, T. Reese Watkins, Roy Friedin*, contra.